# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

JOSE ACOSTA

        plaintiff              )

          v.               )

                         )

JUSTIN THOMAS - SUPERINTENDENT    )
CARL J. KOENIGSMANN - DEPUTY COMMISSIONER  )
CHIEF MEDICAL OFFICER             )
DR. VADLAMUDI - FACILITY HEALTH SERVICES  )
DIRECTOR
JOHN SERHAN/JOSEPH GULIO -AUDIOLOGIST   )

INMATE
CIVIL RIGHTS
COMPLAINT PURSUANT

PURSUANT TO
42 U.S.C. § 1983

Case No. 9:16 CV 890

FILED
JUL 20 2016
AT ____ O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse
U.S. DISTRICT COURT N.D. OF N.Y.

Plaintiff(s) demand(s) a trial by: [ ] JURY   [*] COURT  (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

That the above-named Defendants have all violated plaintiffs Constitutional rights Against Cruel and Unusual Punishment and the right to adequate medical treatment.

## JURISDICTION

1.    This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2.    Plaintiff: __JOSE ACOSTA - 08A0290__

Address: __9000 OLD RIVER ROAD - P.O.BOX - 3600__

__MARCY CORR. FACILITY__

__MARCY, NEW YORK 13403-3600__

Additional Plaintiffs may be added on a separate sheet of paper.

3.    a.    Defendant:    __JUSTIN THOMAS__

             Official Position:  __SUPERINTENDENT__

             Address:    __MARCY CORR. FACILITY__

                        __9000 OLD RIVER ROAD__

                        __MARCY, NEW YORK 13403-3600__

b.     Defendant:     **DR. VADLAMUDI**

Official Position:     **FACILITY HEALTH SERVICES DIRECTOR**

Address:     **9000 OLD RIVER ROAD-P.O BOX 3600**

**MARCY CORR. FACILITY**

**MARCY, NEW YORK 13403-3600**

c.     Defendant:     **CARL J. KOENIGSMANN, M.D.**

Official Position:     **DEPUTY COMMISSIONER - CHIEF MEDICAL OFFICER**

Address:     **1220 WASHINGTON AVENUE., BUILD. # 2**

**STATE CAMPUS BUILDING**

**ALBANY, NEW YORK 12226**

**SEE ADDITIONAL SHEET FOR OTHER NAMED DEFENDANTS**
Additional Defendants may be added on a separate sheet of paper.

4. PLACE OF PRESENT CONFINEMENT

a.   Is there a prisoner grievance procedure at this facility?

    [*] Yes        [ ] No

b.   If your answer ro 4a is YES, did you present the facts relating to your complaint in this grievance program?

    [*] Yes        [ ] No

If your answer to 4b is YES,

(i)    What steps did you take?   **FILED FORMAL COMPLAINT, APPEALED**

**TO SUPERINTENDENT THEN APPEALED TO ALBANY (C.O.R.C.)**

(ii)    What was the final result of your grievance? _____

**-DENIED-**

## ADDITIONAL SHEET OF OTHER NAMED DEFENDANTS

d.    Defendant: JOHN SERHAN

     Official Position: NYS D.O.C.C.S. AUDIOLOGIST

     Address: 1220 WASHINGTON AVENUE-BLDG # 2

            ALBANY, N.Y. 12226

            C/O DR. KOENIGSMANN-IMMEDIATE SUPERVISOR

e.    Defendat: JOSEPH GULLO

     Official Position: NYS D.O.C.C.S. AUDIOLOGIST

     Address: 1220 WASHINGTON AVENUE-BLDG # 2

            ALBANY, N.Y. 12226

            C/O DR. KOENIGSMANN-IMMEDIATE SUPERVISOR

Note that all named Defendants are being sued in their individual capacity and their official capacites, individual capacity because as human beings they fully know that their actions or inaction would cause plaintiff undue harm and in their official capacities because due to their positions and training to uphold said positions they must know that their actions or failure to act would cause plaintiff undue pain and suffering yet they chose to sit by and do nothing.

If your answer to 4b is NO - why did you choose to not present the facts relating to your complaint in the prison's grievance program? _____

_____

_____

c.  If there is no grievance procedure in your institution, did you complain to prison authorities about the facts alleged in your complaint?

☐ Yes                    ☐ No

If your answer to 4c is YES,

(i)  What steps did you take? _____

_____

_____

(ii)  What was the final result regarding your complaint? _____

_____

If your answer to 4c is NO - why did you choose to not complain about the facts relating to your complaint in such prison? _____

_____

5.  PREVIOUS LAWSUITS

a.  Have you filed other lawsuits in state or federal court relating to your imprisonment?

☒ Yes                    ☐ No

b.  If your answer to 5a is YES you must describe any and all lawsuits, currently pending or closed, in the space provided below.

For EACH lawsuit, provide the following information:

i.  Parties to previous lawsuit:

Plaintiff(s): **JOSE ACOSTA** _____

Defendant(s): **STATE OF NEW YORK** _____

ii.   Court (if federal court, name District; if state court, name County):

**COURT OF CLAIMS - CHEMUNG COUNTY**

iii.  Docket number: **124616 - INDEX #13-160784-0**

iv.   Name of Judge to whom case was assigned: **UNASSIGNED AS OF YET**

v.    Disposition (dismissed? on appeal? currently pending?): **PENDING**

vi.   Approximate date of filing prior lawsuit: **JULY 2014 ( ? )**

vii.  Approximate date of disposition: **NONE YET**


6.                              **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights.  List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY
        defendant in your complaint.**  (You may use additional sheets as necessary).

---------------------------------------------------------------

**SEE ATTACHED SHEETS**

## FACTS - SUPERINTENDENT JUSTIN THOMAS

Defendant Justin Thomas herein after referred to as SUPT, is fully
aware of the inhumane treatment being afforded to the inmates under
Dr. V care by formally reviewing and responding to all formal complaints
(grievances), filed against Dr. V, SUPT Thomas is fully aware of the
wide spread pattern of abuse, yet he chooses to do nothing and rubber
stamp the grievance complaints "denied" denying legitimate complaints
and not doing anything to correct said inhumane treatment of the inmates
in the Correctional Facility in which he is the Commander and Chief,
clearly the SUPT has the power and authority to correct said inhumane
treatment yet he chooses to sit back and turn a blind eye and deaf
ears to the cries for help from the inmates who look to him for such
protection and guidance, his reluctance to do anything to remedy the
situation is clearly a showing of deliberate indifference to the very
serious medical needs of plaintiff and other prisoners in the prison,
I can understand that many a times inmates can exaggerate or cry wolf,
**BUT** when you get numerous complaints essentially outlining the same
issues in substance  against one particular individual then something
must be amiss, surely some iota of credibility can be given to the
the allegations of abuse, inhumane treatment and to sit back and do
nothing speaks volumes in and of itself, yes, we, prisoners must pay
for our misdeeds and the Courts, the Judicial System meted out a sentence
for such misdeeds, I am pretty sure, that inhumane treatment during
the course of such sentence was not to be part of the term of impri-
sonment. The SUPT cannot in any way justify or say that he was not
aware of the inhumane treatment or abuse of the inmates under his
care or under the medical care of Dr. V, the SUPT has answered many
a grievance appeal, seeking his help and SUPT Thomas freely chose

to do nothing to remedy the cruel and inhumane treatment being per-
petuated by Dr. V to the inmates under his care, the SUPT flat out
refusal to act to remedy the cruel and inhumane treatment makes him
also liable for allowing the violatons of the Constitution of the
United States of America against Cruel and Unusual Punishment in
violation of the 8th, Amendment. (U.S.C.A. Const. Amend. 8) The SUPT
should not be allowed to say "but I delegated my authority to others",
for this is not a valid reason not to correct the wide spread abuse
of the inmates by Defendant Dr. V the Facility Health Services Director!
SUPT Thomas has the power and authority to order Dr.V to cease and
desist in his inhumane treatment, the SUPT should have took some type
of corrective action to prevent such violations within his area of
responsibilty, which is the whole prison, not just sections of the
prison, the SUPT failure to act reasonably allowed the inhumane
treatment to continue, the SUPT was put on notice yet he failed to
do anything and should be held accountable for such failure to act,
which he could have done at during the formal grievance complaint
Superintendent appeal process, said grievance complaints clearly
spelled out the problems and seriousness of the lack of care and
concern by Dr. V thus putting the SUPT on notice, he failed to suffi-
ciently act, making him culpable because he clearly must have known
that if he failed to act to remedy the inhumane treatment/situation
plaintiff would continue to suffer and wallow in pain due to the
serious medical ailments plaintiff is afflicted with due to the
brain tumor operation, this was a concious clearly made disregard
of substantial risk to plaintiff, the SUPT should not be allowed
to get away with callously allowing plaintiff to be treated worse

<u>FACTS - SUPERINTENDENT JUSTIN THOMAS - page 3</u>

than an animal, the SUPT actions and inactions should not be swept under the rug for to do so would allow the further violations of basic human needs leading to violations of Constitutional dimensions.

## FACTS - CARL J. KOENIGSMANN, M.D.

Dr. Koenigsmann, hereafter referred to as (Dr. K), had actual knowledge
of the cruel and inhumane treatment that plaintiff was/is being sub-
jected to by numerous letters that were written to him clearly detailing
the inhumane treatment yet he did not respond in any way by correcting
the horrendous treatment of plaintiff. As stated above Dr. K was made
aware of such treatment and serious medical needs by correspondence
and medical documentary proof contained in plaintiffs medical file, yet
Dr. K failed to act reasonably or completely disregarded the matter by
not responding at all to the majority of plaintiffs letters to him,
Dr. K allowed Defendant Vadlamudi (Dr. V), to treat plaintiff inhmanely
and allowed Dr. V to violate published professional standards by
allowing Dr. V to abruply discontinue plaintiffs medication clearly
against the medications manufacturer's warning to avoid **Abrupt cessation**
Dr. K was grossly negligent in supervising Dr. V after plaintiff put
him on notice of the inhumane cruel treatment plaintiff was being
subjected to, plaintiff clearly informed Dr. K of said Unconstitutional
acts, yet he failed to act, thus rising to the level of deliberate
indifference to plaintiffs serious medical ailments by failing to act
reasonably on the information indicating that the Unconstitutional acts
were being committed by Dr. V, Dr. K was/is clearly aware of the history
of abuse by Dr. V, through written letters to him from plaintiff and
other inmates and from being a participant/chair in C.O.R.C. in albany,
Central Office, yet he chose to sit back and do nothing to remedy the
situation, therefore turning a blind eye to the inhumane treatment of
plaintiff and others, all plaintiffs correspondense to Dr. K arrived
at at time when he, Dr. K had absolute authority and the opportunity to
correct the Unconstitutional inhumane treatment making him culpable as
if he himself was treating plaintiff inhumanely, and in no way should
he be allowed to get away with allowing and condoning said inhumane

## FACTS - CARL J. KOENIGSMANN, M.D. - page 2

treatment of any human being, Dr. K should not be excused from not
acting over Dr. V and delegating his authority, Dr. K, as Chief Medical
Officer and Deputy Commissioner has the power to act and the **"duty"**
to correct the inhumane treatment, yet he clearly chose not to allowing
plaintiff to suffer and wallow in pain, by not instructing Dr. V to
prescribe the proper pain medication for plaintiff ailments, he Dr. K
would surely not allow a patient in the free world to be treated in
this manner, so he should not be excused from allowing a sick prisoner
from being inhumanely treated, he Dr. K should not be allowed to state
that he did not know of plaintiffs serious medical issues, as he was
clearly made aware of them clearly and plainly in numerous letters and
by documentary medical documents, Dr. K failure to act on plaintiffs
serious medical issues is a clear indication of his deliberate in-
difference to plaintiffs serious medical ailments making him liable
for allowing the violations of plaintiffs Constitutional rights against
Cruel and Unusual Punishment **(U.S.C.A. Const. Amend. 8)**


**(Plaintiff is enclosing numerous letters that were written to Dr. K)**

## FACTS PERTAINING TO DEFENDANT DR. VADLAMUDI

My initial encounter with Dr. Vadlamudi, herein after will be referred to as (Dr. V), was on December 22, 2015 at a Dr. initiated appointment, prior to this appointment, I was told by the nursing staff on numerous occassions that I would be discontinued from my present medication (neurotin), "it's not us, it's Albany", on December 22, 2015, Dr. V told me " I don't think that it is a good idea for you to be on neurotin" I then explained the results/benefits of neurontin on the residual effects from the brain tumor operation on May 30, 2003, such as relief from the severe pain from the arthritis on my neck(cervical spine), the nerve damage to the left side of my face, which at times cause elec- trical jolts/tics which can be very painful when they occurr, the displaced left nerve root in my lower spine (lumbar spine) due to being inflicted with an infection at the cite where I was cut open to gain access to the brain tumor, due to this infection, I had to have numerous spinal taps and a shunt surgically placed to remove the brain fluid that was accumilating, relief from the severe headaches,and seizures, which just because no one at the facility haswitnessed said seizures does not mean that I do not get them, I then also requested to be put in to see an audiologist (I lost my hearing in my left ear after the operation among other things), because before my transfer to this prison I had a hearing test done B.A.E.R./A.B.R. which resulted in an " Abnormal" result and that I had not had an opportunity to see an audiologist since the test was taken on October 27, 2015, Dr. V then stated " I see no need for neurotin or any need to see an audiologist" I then filed a formal complaint (grievance #MCY-19994-15-see audio- logist), which was eventually denied then on December 24, 2015, my medication for all the painful ailments due to the brain tumor operation was discontinued, without any replacement being ordered in lieu of the

discontinued medication, I once again seen this very same Dr. on
January 8, 2016, per my request due to the extreme pain that I was
experiencing, I could not hear what Dr. V was asking of me, so I
informed him that I could not hear him due to all the background noise
from the infirmary hallway, he then stated something else which I did
not hear, told him so again and asked if he would close the door or
allow me move closer to him, he replied "NO", stated something else that
I did not hear and informed him once again to which he stated " you
can go" and proceeded to call in the next inmate, I then left without
being treated for the severe pain. Another formal complaint ensued
grievance (#MCY20056-16-Didn't receive treatment), this grievance was
also denied but I was scheduled to see an audiologist, I then seen the
same Dr. again per his request on January 20, 2016, to which he stated
to me " I will not be prescribing neurotin for seizures lets see what
happens, that is all" I then seen Dr. V again per my request on January
27, 2016, due to the extreme pain that I was being forced to unjustly
endure, I entered the office and the Dr. asked me where is the pain?
I then once again informed Dr. V of my medical ailments, that I have
very bad pain in my neck due to having arthritis, pain on the left side
of my face from the nerve damage that at times cause electrical jolts/
tics that are very painful when they occur, that I have pain in my
lower back/spine due to the displaced left nerve root, severe head-
aches and pain in both elbows due to being inflicted with tendernitious
for many years and not having the elbow sleeves that were given to me
at Elmira CF, because they were taken from me at Draft in Elmira because
I could not produce the medical permit.(it should be noted that during
drafts to another prison inmates are not allowed to carry anything)
Dr. V then told me to sit on the examination table and to lay down, he
then lifted my legs bent them, told me to sit up, touched the back of

my neck, looked at the left side of my face, looked at my arms, and
stated " I see no need for pain medication or neoprene elbow sleeves
go to sick call for pain you will be evaluated there" (see: enclosed
copy of AHR abulatory Health Record dated January 27, 2016) for veri-
fication, why should I have to go to sick call when the purpose of the
Dr. appointment was due to pain, the pain that I was/am experiencing?
the Dr. is the only one who can prescribed effective long term lasting
medication, so why would he refer me to sick call? It is to inflict
undue pain and suffering on plaintiff because he fully knows that there
are only two types of medication at sick call generic tylenol which
cause me to become constipated and generic motrin which causes me to
get severe stomach cramps, he Dr. V fully knows this, he knows that
these medications will not be effective for my ailments yet he refuses
to prescribed medication that would help alleve my pain, he does this
knowingly and wantonly without regard for my health and well-being, I
am forced to go to sick call and chose tylenol the less of the two
evils for temporary relief of the severe pain that he Dr. V forces
me to maliciously endure, he can help me yet he chooses not to, on
top of the pain I am now constipated and have to deal with the pain
that, that at times causes! Dr. V has complete and absolute knowledge
and access to my medical ailments and files, he has complete knowledge
of the life threatening and life changing brain tumor operation and
the residual ailments that I suffer, that will only get worse will
"NEVER" get better or improve in any way, Dr. V has this knowledge by
verbal communication with me, through my medical files yet he continues
to allow me to suffer and wallow in pain, the United States Supreme
Court has decreed that the "deliberate indifference to serious medical
needs of prisoners constitutes the unnecessary and wanton infliction

## FACTS DR. VADLAMUDI - page 4

of pain...proscribed by the 8th. amendment" (Estelle v. Gamble-429
US 97; 104 S.Ct. 285(1976); see also Erickson v. Pardus-551 US 89;
127 S.Ct. 2197 (2007), Defendant Dr. V as Facility Health Services
Director (F.H.S.D), and this facilities main Doctor knows that he has
complete reign over the medical department and can do as he pleases
without fear of of being questioned or undermined as to his care of
the inmates under his care, grievance complaints have no bearing or
any significance upon him or his actions as is clearly stated on the
grievance responces, responses from the Superintendent, responces from
C.O.R.C. in Albany "that medical staff has the sole authority to
determine protocol and treatment. Further IGRC does not have the
authority to assess and determine medical protocol." **Grievance is denied.**
(see: grievance decisions-Superintendent responses-C.O.R.C. decisions
enclosed), Dr. V is clearly aware of this thus allowing him to treat
plaintiff without fear of reprisal, Dr. V has had 100's of complaints
logged against him yet nothing is done by his supervisors at the
facility level nor by the prison authorities in Albany other than
promoting him from facility doctor to Facility Health Services Director!
I can say this for Dr. V he is consistant in his care for the inmates
under his care, all Dr. V or his crony the nurse administrator have
to say in response to complaints is " the present care is appropriate"
and it is taken as it were a law etched in stone! Naturally the Dr. is
going to say that the care is appropriate, I am pretty sure that he
likes receiving his bi-weekly paycheck from the NYS D.O.C.C.S. but in
essense he is getting paid for treating the inmates under his direct
care inhumanely, like animals, no that is a wrong accessment because
even animals get humane care when they are ill and in pain!

I then seen dr. V again April 11, 2016, due to a grievance filed on
Defendant Mr. Gullo (audiologist), the grievance was filed due to
Mr. Gullo filing an incomplete and inaccrate "Audiology Report" after
I seen him and he tested my hearing on April 1, 2016, in which Mr. Gullo
conducted 3 test, 1. Audiogram, 2. Sound Recognition Treshold test, 3.
a one ear type headphone test in which one end was placed inside my
ear canal and the other end was on the back of my head, after these 3
test Mr. Gullo determined that the test results were "Unreliable" the
second "Unreliable" result, the first was on February 17, 2015, upon
my review of said audiology report about a week later, I noticed that
Mr. Gullo made no mention of two of the three test that he conducted
yet he determined that the results were "Unreliable", I then filed a
"Challenge to Accuracy Form" with the medical department and filed
grievance #MCY-20271-16 needs explination, which was denied but in the
grievance investigation report which Dr. V answered, he (Dr.V) stated
" the audiologist determined that the test results were unreliable, the
abnormal test has no significance, he can follow up here" (see: copy
of investigation report enclosed), I then went to sick call to receive
said follow up and after a couple of visits to sick call I was sched-
uled to see dr. V for follow up to the audiologist visit as mentioned in
the grievance investigation, I then seen Dr. V on April 11, 2016, and
he told me " the audiologist determined that the test results were
unreliable, you can go now" I then asked the Dr. if that was the follow
up that he referred to in the grievance investigation to which he
stated "YES", I then left and another grievance ensued MCY-20394-16
medical indifference, as usual it was denied, Dr. V is clearly indifferent
to my serious medical needs and vindictive, he chooses not to act
reasonably to plaintiffs serious medical ailments clearly noted by

M.R.I. reports and other legitimate medical documentation which he has
complete and absolute access to, Dr. V is fully aware of his actions,
he is fully aware that without proper medication plaintiff will suffer
and wallow in pain, undue and avoidable pain yet he chooses to do
nothing and allow plaintiff to suffer, this is knowingly and deliber-
ately done to inflict pain upon plaintiff, Dr. V actions cannot be
condoned nor allowed to continue, as it is inhumane and goes against
civilized standards of humanity and decency, clearly repugnant to the
United States Constitution of America. (U.S.C.A. Const. Amend. 8)

C.O.R.C. in its decision to grievance MCY-20056-16 (did not receive
medical treatment), states that I seen Dr. V on numerous dates but fails
to take into account or mention that the Dr. has not as of December 24,
2015 not prescribed any type of medication to alleve plaintiff of the
severe pain that he is forced to endure on a constant daily basis, they
do state that on the 1/8/16 dr's appointment that I requested neurotin
(pain, seizure, nerve damage medication) and neoprene elbow braces but
that they were determined not to be medically indicated at that time,
they also go on to state that "Dr. V stated that the appointment was not
terminated early and that grievant could hear him well" This is completely
contrary to what Dr. V wrote on the CHR (Comprehensive History Report)
for that appointment which was "that he advised me to leave the room",
so not only did Dr. V not treat me for my serious documented medical
ailments that day, he also misled C.O.R.C. by telling them did he did not
terminate the appoinment early, Dr.V also wrote that I could hear him well
so basically he is outright admitting that he believes that I am in
some way form or fashion faking my hearing impairment, irregardless of
the fact that the auditory nerve in my brain had to be removed due to
the brain tumor being wrapped around it and the ABR test result

clearly notating that my brain is experiencing difficulty transmitting
sound, this seems to have absolutely no bearing, for some reason they
all believe that I am faking my ailments and hearing loss and I believe
that due to this they deny me the treatment that i need and require to
subside as any other prisoner within the custody of the NYS D.O.C.C.S.
I cannot fake my hearing impairment nor my serious medical ailments, my
complaints are clearly back up by professional medical documents and
professional doctors who read and attested to the findings of the M.R.I.
reports, in any event why would I want to fake my illnesses or hearing
impairment? Its not like I am getting narcotic medication for the pain
nor will I be released due to my hearing impairment, I will still be
in prison, I will just be sent to a prison where the staff is a bit more
receptive and tolerant to hearing impaired inmates, the ABR test cannot
be faked, it measures how your brain responds and transmits sound to
other parts of the brain, I cannot control my brain in that regard to
give an abnormal result who do they think that I am? C.O.R.C. then goes
on to state other dates in which I seen Dr. V as to in some way give
him validity for his actions which should really be his inactions in
regards to my medical treatment, I will reiterate that on the 1/20/16
Dr.s appointment Dr. V called me down to tell me "I will not be pres-
cribing neurotin for seizures lets see what happens, and you can go to
sick call for pain meds", then on the 1/27/16 appointment which was
initiated by me due to the intense pain that I was/am suffering, he
Dr. V once again concluded that pain medication is not medically indi-
cated.(see:CHR dated:1/27/16) Dr.V is clearly vindictive due to my
formal grievance complaints at the facility level and my numerous
letters to Officials in Albany which did not correct the matter but
must have infuriated him to the point of completely denying me any
medical attention to alleve my serious medical ailments, Dr. V uses

his title of Facility Health Services Director to hide behind his abusive

non-treatment of my serious medical ailments knowing fully well that

as such he has the final say in the treatment of the inmates under

his care as is clearly evidenced by the decisions from the Inmate re-

solution committee (I.G.R.C), the Superintendent decisions, and this

most recent C.O.R.C. decision, C.O.R.C. goes on to further state that

"they find insufficient evidence of malfeance by staff and asserts that

he is receiving proper care" O.K. I have severe nerve damage to the left

side of my face which at times cause electrical type jolts/tics that are

very painful when they occurr, am I getting treatment or medication? **NO!**

I have very painful arthritis on the base of my neck where I was cut

open to get to the brain tumor, am I getting treatment or medication? **NO!**

I have tendernitious in both elbows which cause so much pain that at

times I want to scream out in pain, am I getting treatment or medication,

or at the least elbow braces? **NO**, not medically indicated! but keep in

mind that I have documenion in my medical file of years of permits for

elbow braces, I have severe pain in my lower back due to a misplaced (L)

nerve root clearly  documented by an M.R.I. report, am I  getting treat-

ment or medication? **NO!** This is not taking into consideration other

smaller medical issues such as fungus in both my finger nails and toe

nails that Dr. V said " oh it's not so bad!", so tell me does it appear

that I am receiving proper medical care? I am receiving absolutely no

care at all for my serious medical issues, I am forced to go to sick call

to get tylenols for temporary relief and then I have to deal with the

constipation that tylenol causes me, they will **never** admit to a lack of

care but they don't have to, the medical records speak for themselves,

no medication or treatment has been prescribed since I was taken off of

my seizure, nerve damage, pain  medication(neurotin) since December 24,

2015, over 6 months ago, C.O.R.C. also comments on my hearing designation HL 30(non-significant hearing loss), that my most recent hearing test was unreliable, lets not forget about the other unreliable hearing test result in 2015, so 2 unreliable hearing test, 1 abnormal ABR hearing brain test and my hearing loss is non-significant, that is just incredible, Dr. V stated about the appointment on 1/8/16, that I could hear him well, that is also incredible, how can he determine what I can and cannot hear, then C.O.R.C. goes along with this clearly unvalid claim by Dr. V., how I truly wish that they could all walk in my shoes for just 24 hours, their diagnosis in regards to my hearing and pain issues would surely radically change, we know that, that will never happen, but in the meanwhile do they send me to get further testing to see if maybe the brain tumor is growing back? It has been 13 years since the operation, and the fact of my hearing deteriorated so rapidly these past 8 months or so clearly necessitates such action they take no action at all, they just don't care as is clearly seen by the inaction of Dr. V and the other defendants, especially Dr. Koenigsmann who as Chief Medical Officer should clearly forsee complication and their causes, both Dr.s have been Medical Dr.s for many, many years they both know that with my serious medical history something must be amiss yet they fail to do anything to ascertain the cause of my severe pain or deteriorating hearing, all the defendants need to be held accountable for their actions or more reasonably put their inactions in the care of my serious medical issues, they need to be ordered to provide plaintiff with all the medical and audiology treatment necessary and only does this Court have the authority to do so, plaintiff will continue to be treated inhumanely with-out such order from the Court, their actions are clearly in violation of the Constitution of the United States of America and they should be held accountable for their actions, such behavior should not be condoned

FACTS DR. VADLAMUDI - page 10

nor allowed to continue, which will surely happen if this Court does
not step in and correct this clear violation of plaintiffs Constutional
right against Cruel and Unusual punishment, plaintiff has suffered and
continues to suffer, please help me!

## FACTS - JOHN SERHAN - AUDIOLOGIST

Defendant JOHN SERHAN from herein after will be referred to as Mr. Serhan
Mr. Serhan fully knew that on August 23, 2010, when he changed my
hearing designation from HL 20 to HL 30 that it would cause me undue
harm because the HL 30 designation does not afford any reasonable
accomodations other than hearing aids, batteries, and preferred seating,
Mr. Serhan fully knew that plaintiff would not be allowed to obtain
a shake awake alarm clock or a much needed telephone amplifier which
would allow plaintiff to hear when speaking to family or friends to
which he has not been able to do since 2010 due to not being able to
hear! Mr. Serhan fully knew that I had a life threatening operation to
remove a large brain tumor that was wrapped around the fifth auditory
nerve in my brain, hence that was one of the few reasons Mr. Serhan took
into consideration when he classified me HL 20 in Downstate on January
30, 2008 (see:enclosed copy of audiology report), at this time he told
me "I noticed that when I speak you look at my mouth" to which I replied
"it is something that I have learned to do, it is not always effective
but it helps the majority of the time" at this point ( 1-30-08 ) Mr.
Serhan stated "your hearing will **NEVER** improve but will only grow
worse due to your right ear having to over compensate for the loss of
your hearing in your left ear" Mr. Serhan knowing and telling me this
must have surely known that in the future my hearing would grow worse
and get to the point in which it is at this moment, I cannot hear what
anyone is saying to me in either a quiet or noisy enviornment as opposed
to just noisy enviornments giving me extreme difficulty in hearing at
that time, Mr. Serhan clearlyknew or should have known as fact that my
hearing would worsen over time, Mr. Serhan was fully aware of my
hearing difficulties and the reason for my hearing loss and difficulties
and was clearly aware that I am serving a 15 to life term of imprisonment

in which said hearing difficulties would absolutely grow worse yet

he changed my hearing classification, when I continued to complain to

medical and to Mr. Serhan during audiology visits he finally agreed

to re-test my hearing (July 2011-Sullivan CF), after said test Mr. Serhan

stated to me "O.K. I am going to re-classify you HL 20, just don't

request a sign language interpreter" Mr. Serhan clearly knew that he

had absolutely no intention of re-classifying me HL 20 as was clearly

evident by the denial of my application for a shake awake alarm clock

a few days later. Mr. Serhan clearly knew that the HL 30 classification

would pose an immense burden on plaintiff who was in the Special

Housing Unit (S.H.U) at the time because plaintiff clearly expressed

and explained the difficulties that plaintiff was experiencing in

being awake for the morning go-round thereby missing said go-round and

not being afforded showers, recreation, razors, cell clean up etc. I

clearly informed Mr. Serhan of my extreme difficulty in hearing yet

he failed, consciously failed to do anything, clearly Mr. Serhan has

the medical background and knowledge and authority to act yet he

consciously chose to do nothing, Mr. Serhan clearly took all my medical

issues and term of imprisonment into consideration in classifying me

HL 20 yet 3 years later when I inform Mr. Serhan that I believe that

my hearing felt like it was worsening, he himself chose to test my

hearing without a medical written consult submitted to the Regional

Medical Director in Albany for such approval to conduct any test,

he took such unauthorized test, re-classified me HL 30 and it has been

a close to 6 year battle, of which a lowly prisoner could not and

would not win! I did not find out of such re-classification to HL 30

because Mr. Serhan did not inform me of such change I only found out

because of my initial addmission to S.H.U at Eastern CF when I applied

for a shake awake alarm clock due to having problems being awake for
the morning go-round, I don't know what happened due to Mr. Serhan
not informing me of the change but what I can say is that my hearing
in no way improved in any way form or fashion as said new designation
would denote. Here I am 6 years later still experiencing the negative
impact of said new designation, not being able to hear in noisy or
quiet enviornments basically within reach of being completely deaf,
all I can clearly hear is a very loud ringing that interferes in
my hearing of anything, I need a much stronger hearing aid, I need a
telephone amplifier, I need to learn sign language yet due to the HL 30
designation I am not entitled to such reasonable accomodations that
I need to function as anyother inmate within the NYS D.O.C.C.S. this
is not mere negligence nor  mere medical malpractice, this was consciously
done to inflict undue hardship upon plaintiff, Mr. Serhan himself told
me "your hearing will NEVER get better, it will only grow worse", so
how is it that 3 years after being classified HL 20, he deems my
hearing greatly better that a new designation of HL 30 is warranted?
Is this mere negligence? I think not, Mr. Serhan in his professional
position as Head Audiologist for the NYS D.O.C.C.S. clearly is
fully aware that this supposed improvement could not be so as he stated
"your hearing will NEVER get better, it will only grow worse" and that
plaintiff attempting to correct this grave injustice would be like
handcuffing plaintiff behind his back, dropping a 17 foot wall in
front of me and telling me to get over the wall, only the wall has grown
higher as evidenced by the futile attempts of plaintiff in attempting
to correct this conscious  action, deliberately done to inflict
hardship, pain and suffering upon plaintiff, Mr. Serhan clearly was
aware that he was misleading plaintiff when he informed plaintiff

## FACTS - JOHN SERHAN - AUDIOLOGIST  page 4

after the last hearing test that Mr. Serhan conducted in 2011, "O.K.
I am going to re-instate your HL 20 classification,  just don't request
a sign language interpreter" this was a consciouly made statement on
behalf of Mr. Serhan, not a mere neglegent mistake unconsciously made
or due to inexperience. Mr. Serhan should not be allowed to get away
with such callous and inhumane disregard for the well-being of plaintiff
and his hearing disability which has grown drastically worse, only
Mr. Serhan could have remedied the situation at that time, Mr. Serhan
fully knew that plaintiffs hearing would diminish over time due to the
seriousness of the operation that led to the lost of hearing, Mr.Serhan
must be held accountable for such wanton behavior towards plaintiff
Mr. Serhans laid back and do nothing behavior has caused plaintiff
such misery that continues to this very moment and will continue unless
this Court steps in and orders remedial corrective measures be taken
to relieve plaintiff of the cruel and unusual treatment and punishment
that plaintiff is being forced to endure and subjected to on a daily
basis without a moments respite!

FACTS - JOSEPH GULLO    AUDIOLOGIST

---

Defendant JOSEPH GULLO, herein after will be referred to as Mr. Gullo,
Mr. Gullo has been treating plaintiff for his hearing issues on and
off since March 2008, without any type of problem until Defendant
Mr. Serhan changed plaintiffs hearing designation on August 23, 2010
in Eastern CF which happens to be a Sensorial Hearing Impaired Facility,
after plaintiff was transferred to Elmira CF from Sullivan CF in 2012,
at Elmira CF which Mr. Gullo covered as Audiologist, plaintiff continued
to try to correct the consciously made error by Mr. Serhan by explaining
in full detail the hearing problems that plaintiff was experiencing at
that present time, such as the need for a stronger hearing aid due to
not being able to hear well with the present one, the loud ringing in
my ears which make it extremely difficult in hearing, to which Mr. Gullo
stated was "Tinnitus" and that there was nothing that he could do"
but that is not so, plaintiff through research has discovered that
Tinnitus is caused by a number of factors such as, an ear infection,
the use of certain drugs, a blocked auditory tube or canal, or a head
injury, Mr. Gullos failure to inquire more indepth and order certain
test to check further on the issue of the loud ringing is not mere
negligence or due to lack of experience what it shows is a clear lack
of care and concern for the well-being of plaintiff due to the continuous
complaining of the need for a stronger hearing aid and the continuous
loud ringing, this complaining continued for many months without any
action by Mr. Gullo other than raising the volume of the hearing aid,
but in raising the volume you also raise the amount of background noise
that is also picked up which happens to be plaintiffs distinct problem
in hearing, hearing and understanding what is being said to me in
noisy enviornments, I have explained this to Mr. Gullo many times to
which he has stated "there is nothing that I can do" which is clearly
not so there are a number of hearing aids on the market which greatly reduce

the background noise making it much easier for the user to hear and
understand what is being said and what is going on around him/her,
I have seen the T.V. commercials for said hearing aids on numerous
occassions and have spoken to Mr. Gullo about getting one of those
type hearing aids and his reply was "they are working on this hearing
issue", the NYS D.O.C.C.S. has a duty to provide me with the means to
be able to hear better, Mr. Gullo providing me with hearing aids that
do not assist me in hearing is not adequate medical care to which the
NYS D.O.C.C.S. and Mr. Gullo as Audiologist are duty bound to provide
me, yes I know Mr. Gullo may say "but I just can't go out and buy any
hearing aid" but I totally disagree with that because as a NYS Audiologist
he has the authority to aquire the hearing aid that I need to hear as
any other prisoner within the custody of the NYS D.O.C.C.S., they are
duty bound to provide adequate medical care to those prisoners that they
incarcerate irregardless of cost, but cost should not be an issue or
factor because the noise reduction hearing aid was listed for only $39.99
clearly inexpensive to obtain, and clearly needed to assist plaintiff
in hearing better, Mr. Gullo's reluctance in assisting plaintiff in
aquiring a hearing aid that would greatly assist in plaintiffs specific
hearing problem is a crystal clear indication that Mr. Gullo is not
overly concerned with plaintiffs hearing disability or plaintiffs well-being
this is surely cognizant thought out behavior on the part of Mr. Gullo
only when confronted with the fact that I seen the commercial on T.V.
for the noise reduction hearing aids did Mr. Gullo change his prior
statement of "there is nothing I can do" to "they are working on it"
once again this is not mere negligence or a mere error in judgement, nor
is it due to inexperience, it is carefully thought out and crafted
by Mr. Gullo making it a conscious action done clearly to deceive the
plaintiff into believing that there is nothing that can be done to aid

plaintiff in hearing better, clearly meant to cause plaintiff undue
hardship in hearing and functioning as any other inmate in the custody
of the NYS D.O.C.C.S. Many months go by without any relief from the
difficulty in hearing to which I know for a fact has deteriorated,
so I requested that my hearing be tested, after approval from Albany to
conduct the hearing test Mr. Gullo test my hearing on February 17, 2015,
Mr. Gullo conducted two test, 1. audio gram 2. Sound Recognition test,
in which I have to repeat words that Mr. Gullo says and I hear through
headphones, after both test were conducted Mr. Gullo determined that
the hearing test results were **UNRELIABLE"** and his recommendation, **"was
the continued use of present hearing aid"** (see: enclosed copy of Audiology
report enclosed), so Mr. Gullo recommends that I continue to use the
hearing aids that I have been informing him for many months that are
not effective in helping me to hear better, I did not find out about the
test results until about a month later when I received the copy of the
report that I requested and paid for, upon my review of said report I
immediately signed up for sick-call and requested to see the Audiologist
and was put in to see my medical provider because she has to submit the
consult for the audiology visit, upon seeing my medical provider about
a month later, she submitted the consult and I then seen Mr. Gullo,
a little over 2 months after the last hearing test, upon entering the
romm Mr. Gullo asked me "what is going on?" to which I replied "I want
to know "how can the test results be Unreliable?" Mr. Gullo then replied
"that the results did not match because of me hearing the beeps from the
audio gram at a different level than the words that he had me repeat
back to him during the Sound Recognition test" I then asked Mr. Gullo
"if they're any other test that can be performed to evaluate the full
extent of my hearing loss" to which he replied **"NO"** I then attempted

to subside as best as I could but it was just too much for me I was
having extreme difficulty in hearing and had to rely on my sight and
reading lips as best as I could and that is only effective when the
person is facing me and I am close enough to hear some of the sound
of their words and put the little sound that I hear with the motion of
their lips as you can surmise this is not a very effective approach
or method but it helps me when it doesn't then I am completely in the
dark as to what is going on or being said to me, I grew frustrated,
so I decided to apply for reasonable accomodations clearly listing my
difficulty in hearing the morning wake up bell, and believe me when
I tell you it is loud, difficulty in being awake for the morning go-
round, difficulty in hearing given orders, difficulty in hearing the
metal detector go off. (see: enclosed copy), it was denied due to my
hearing designation being HL 30, but my medical provider Ms. Sandy
Kelsey (nurse practioner), deemed it necessary to further evaluate my
hearing so she submitted a consult for further testing to be done at
the nearby outside hospital (Arnot Health Medical Center), on October
27, 2015, I was taken to Arnot Health Medical Center to have a ABR
(Auditory Brainwave response) test done, said results of this very
specialized test came back **"ABNORMAL"** (see: enclosed copy), this test
checks to see how the brain responds to sound and how it transmits
sound to other areas of the brain (these are my words, I was not told
this by anyone, I read about the test), so here is conclusive proof that
my brain is not functioning properly, so surely I would get the help
that I have been seeking all these years, right? This was not to be
so, but before I get into that, keep in mind that months before Mr. Gullo
informed me that their were no further test that could be done to
further evaluate my hearing loss, Mr. Gullo is fully aware that there
are further test that can be conducted to get a much better view of my

hearing loss yet he flatly denys that any such test exsist, so once
again Mr. Gullo made another conscious decision to mislead plaintiff
into believing that nothing could be done to further evaluate the over-
all hearing loss of plaintiff, I was then packed up at Elmira CF to go on
the draft (transfer) to another facility, I was packed up on a Tuesday
and had to wait until thursday to leave because there is no draft
movement on wednesdays, on wednesday I received a copy of the **"ABNORMAL"**
ABR test result, so upon my arrival at Marcy CF I was scheduled to
see Defendant Dr. V, I requested that I be submitted to see an audiologist
due to the abnormal ABR hearing test amongst other things and Dr. V
stated I see no need for an audiology consult,  I then filed two formal
complaints in regards to this matter and was eventually scheduled to
see an audiologist. (it should be noted that I did not appeal these
two complaints to C.O.R.C. in Albany), I was then taken to see the
audiologist on March 1, 2016, at Walsh CF, the audiologist was no other
than Mr. Gullo, upon entering the room Mr. Gullo asked me "what is
wrong?" I then handed Mr. Gullo a copy of the abnormal ABR test results
to which he stated "we already knew about this" I cannot see how **we**
already knew about this if as of the date of the test October 27, 2016,
I have not seen Mr. Gullo or any other audiologist, I did not have
the opportunity to ask Mr. Gullo "how did we already know about this"
because he handed me back the test results and immediately started to
test my hearing doing 3 separate test 1. audiogram 2. Sound Recognition
threshold test 3. a one ear type headphone test, in which one end of
the headphones is inserted in my ear canal and the other end is placed
on the back of my head, upon completion of the 3 above mentioned test,
Mr. Gullo removed the one ear headphones and opened the door to the
room, the correction officer immediately entered the room making his

presense known by standing over and glaring at me, I then asked Mr. Gullo
"what was the result?" and he replied "I cannot make a determination
at this time" so I stated another unreliable result" to which Mr.Gullo
replied "YES" But "how can that be I asked" (note: inbetween this the
officer is growing impatient because I am still seated asking questions
I believe) Mr. Gullo then replied "everything has to line up, it's not
lining up" I wanted to ask Mr. Gullo "how is everything supposed to
line up when my brain is experiencing difficulty in processing and
transmitting sound" but I did not have the opportunity to do so because
I had to leave the room because of the officer, so I had to leave the
room without any indication or information that the abnormal ABR test
has on my over all hearing which was the main reason for the audiology
visit and without having any clue as to this second unreliable test
result. I then requested and paid for a copy of the March 1, 2016,
audiology report (see: enclosed copy), upon my review I noted that it
makes no mention of two of the three test that Mr. Gullo conducted
that day 1. Sound Recognition Threshold test 2. the one ear headphone
test, yet Mr. Gullo determined that the test results were once again
unreliable and once again his recommendation was "the continued use of
the present hearing aids" which Mr. Gullo is fully aware of not helping
me in any way to hear better yet he continues to recommend that I use an
ineffective hearing aid once again this is not mere negligence nor a
mere error of judgement or inexperience, Mr. Gullo fully knows that I
will experience undue hardship in hearing with the present hearing aid,
this is clearly deliberatly done to inflict harm upon plaintiff, Mr. Gullo
is fully aware of the ineffectiveness of my present hearing aid by
verbal communication with me, Mr. Gullo fully knows all the circumstances
surrounding my hearing loss and difficulties in hearing, Mr. Gullo

clearly knows that the residual ailments from the brain tumor operation are degenative in nature the symptoms will **never** get better or improve in any way and will only get progressively worse, here we are over 13 years since the brain tumor operation (May 30, 2003), and I am being treated as if all my ailments are a figment of my imagination or as if I am faking my illnesses and hearing loss, I had a very serious life threatening life altering operation that left me with numerous illnesses and yes I am happy to be alive but at times I wish  that I would have died due to the severe pain and agony that I must endure. All the Defendants have played a role/part in the inhumane treatment that I must endure, some played larger roles than others but when you watch a movie and at the end the credits roll even the errand boy gets credit for his contribution to the movie, same as my inhumane treatment, it should not matter how big or small a role any of the Defendants played in the violation of plaintiff Constitutional right to be free of Cruel and Unusual treatment, when anyone reaches out for help as I have and the persons pleas and cries for help are ignored or not acted upon, allowing the treatment to continue and the complaints continue surely something must be amiss and to sit back and do nothing cannot be allowed nor condoned because they are prison officials they have an obligation to care for my medical needs and health and they are failing miserably! Plaintiff is not asking for much, I am not asking for the moon, I am only requesting that the NYS D.O.C.C.S. and its employees, namely the Defendants adhere to their duty, their Constitutional duty to care and provide the plaintiff, a prisoner under their custody serving a 15 year to life term of imprisonment with the medical care and treatment that his illnesses deem necessary, I want to be able to function better in my hearing, I want to be able to call and speak to my elderly mother before she leaves me forever like my father did in September 1, 2007, it has

<u>FACTS - JOSEPH GULLO - AUDIOLOGIST - page 8</u>

been since 2010 that I have not spoken to my mother or anyone due to
not being able to hear, I have truly tried to remedy this situation,
it has been many months of unrelenting pain many years of undue suffering
in not being  able to hear well, I have not prevailed, I will not pre-
vail the NYS D.O.C.C.S. and its employees are just too powerful for me
and lets not forget that they have big time attorneys who will most
definately move to get this petition dismissed and we all know that
they will never admit to wrongdoing clearly attesting "he is getting the
appropriate care necessary", I believe that I have clearly shown that
they are not, as the saying goes "actions speak louder than words" in
their case "inactions speak louder than words" Mr. Gullos actions are
clearly conscious in which he knows that his complete refusal to order
additional test, a better hearing aid, and his refusal to go against his
co-worker and supervisor Mr. Serhan and change plaintiffs hearing
designation would greatly cause plaintiff undue harm, Mr. Gullo clearly
has the authority to remedy the situation yet he absolutely refuses to
do so for plaintiff could subside as normal as possible, this is clearly
thought out by Mr. Gullo inflicting harm upon plaintiff Mr. Gullo nor
any of the other Defendants should be allowed to get away with this
inhumane treatment of plaintiff, regardless of their role they should
be held accountable, not to do so will allow them to continue to abuse
plaintiff and others held within the NYS D.O.C.C.S.

(It should be noted that I also filed numerous grievance complaints
against Mr. Gullo-enclosed are copies of the documents that I have)

7.                                    **CAUSES OF ACTION**

### FIRST CAUSE OF ACTION

Defendant John Serhan (Audiologist), classified me (Hard of Hearing H.L. 20) after a thorough examination of my hearing and of the circumstances leading to the hearing loss, which was an operation to remove a 5th. Nerve Schwannoma Brain Tumor. The brain tumor was wrapped around the 5th nerve in my brain so that nerve had to be severed to fully remove the brain tumor, thus leaving me with complete hearing loss in my left ear and deficiency in the hearing of my right ear, this same audiologist who classified me Hard of Hearing H.L. 20, then reclassifies me H.L. 30 NON SIGNIFICANT HEARING LOSS in 2010, after I complained to him that I felt like my hearing was getting worse, thus due to this reclassification the reasonable accomodations that he sanctioned in 2008 were revoked without me even being aware of such, I only found out because I applied for a shake awake alarm clock and was denied due to being H.L. 30 and not qualifying, I was then transferred to Sullivan CF and after a series of grievance and complaints to the medical department, I was scheduled to see Mr. Serhan, he agreed to re-test my hearing after a few audiology visits and did so in July of 2011, after the hearing test Mr. Serhan told me "okay, Iam going to reinstate your H.L. 20 status, just don't ask for a sign language interpreter" I then waited a couple of days and reapplied for a shake awake alarm clock and was once again denied due to not being eligible because I was classified H.L. 30!

## SECOND CAUSE OF ACTION

All my attempts to remedy this grave error have proven to be futile,
I have written grievances, appealed to the Superintendents, I have
appealed to C.O.R.C. in Albany, all have been denied, i have sontested
said reports by filig two "Challenge to Accuracy forms" with the
medical department, nothing was done, I have written to Defendant
Carl J. Koenigsmann, M.D. (Deputy Commissioner-Chief Medical Officer)
also to no avail, nothing is done, I have appealed to both Defendants
Mr. John Serhan and Mr. Gullo countless times during my audiology
visits explaining the full extent of my distictive hearing loss
problem which hearing and understanding what is said aloud or to me
directly in noisy enviornments and of the constant loud ringing in
my ears (Mr. Gullo), at those times both have replied "that they do
they can that there is nothing further that they can do" but this
is clearly not so as is clearly evidenced by the ABR (Auditory Brain-
stem Response) hearing test ordered by Ms. Sandy Kelsey (Elmira CF-
Nurse Practitioner), said test resulted in an **"ABNORMAL"** result. (see:
enclosed copy of said results done at an outside hospital-Arnot Health
Medical Center in Chemung County) Prior to this test I clearly asked
both Mr. Serhan and Mr. Gullo if there were any further test that
could be done to further explore the full extent of my hearing loss
and both replied **"NO"**. Due to this abnormal test result I have had
to read up on it myself, due to problems in getting an explination
of the impact that this negative result has on my hearing, I read
one study on ABR Brainstem testing (Audiology Online-Good Practices
in Auditory Brainstem Response by Wendy Crumley-**http://www.audiologyonline.
com/goodpractices-in-auditory-brainstem-827)**, and have discovered
from said article that their are a number of test that can be done to
determine the full extent of my hearing loss such as the stacked ABR

## SECOND CAUSE OF ACTION - page 2

test and a test to determine if I suffer from A.M.S.D. (Auditory Neuro-
pathy Septrum Disorder), surely both mr. Serhan and Mr. Gullo know
about these further test that could be done, yet they denie such when
clearly asked if further testing can be done, such actions are clearly
in reprisal to the many complaints filed against them both, I have
written to Ms. LaShanna S. Frasier (ADA Coordinator), also to no
avail, I get no assistance, plaintiff then upon arriving in this
facility (Marcy CF) applied for reasonable accomodations because
plaintiff has an extremely difficult time in hearing and understanding
what is voiced over the this prisons communication system, the facility
and a few others have in place a system that uses a microphone to
voice all communication over the dorms P.A. system making it unduly
hard on plaintiff because he cannot hear nor understand what is being
said at anytime, at one instance I had to go to the officer and ask
what he said and his response was "what are you deaf!" to which I
replied yes and removed my hearing aid to show to him, my request
for reasonable accomodation based on this and other factors was denied
further condoning and allowing plaintiff to have to reside in an
enviornment in which he can not function properly, my hearing has
deteriorated to the point where all I hear is a very loud ringing in
my ears and can barely hear anything even in non-noisy enviornments,
I have had to resort to attempt to read lips to make out what is
being said to me and this is only effective about 50% of the time,
leaving me lost and confused as to what is being said to me, when I
told Defendant Dr. Vadlamudi at one of the doctor appointments that
I could not hear him because of all the background noise in the hall-
way, that could I move closer and would he please turn to face me
when he speaks part of his respose to me was "you hear me just fine"

## SECOND CAUSE OF ACTION - page 3

"this is clearly noted on the AHR-Ambulatory Health record progress
note for the doctors appointment see: enclose copy dated: 1/9/2016,
the doctor also threw me out of his office terminating the doctors
appointment without taking care of my medical needs because I could
not hear him and told him so again, these named prison authorities
are in place to help in situation such as these yet they chose to
do nothing to help plaintiff, thus compelling the  plaintiff to seek
Judicial intervention and assistance in the inhumane treatment and
deliberate indifference to plaintiffs serious medical needs.

## THIRD CAUSE OF ACTION

I have been denied medication by Defendant DR. VADLAMUDI, on a
continuous basis since being removed from the previous prescribed
medication (Neurotin) on December 24, 2015, for the residual ailments
of a Brain tumor removal operation on May 30, 2003, medication that
was prescribed to me by a Neurologist in Interfaith Hospital (Bklyn-
New York, in 2006), prescribed in two NYC Correctional facilities
(Manhatten House of Detention for Men-Rikers Island), in numerous
state facilities (Downstate CF, Wende CF, Eastern CF, Sullivan CF,
Elmira CF, Greene CF) by numerous Doctor's and medically trained
personnal with due care and consideration as to my ailments and
reason for the prescription of said medication. (Brain Tumor-seizures
nerve damage-severe headaches-displaced nerve root in lower back),
this medication was specifcally prescribed due to its positive results
for the arthrithis in my neck (cervical spine - see: enclose copy
of M.R.I. report), due to a large section of my brain having to be
removed, sawed off to gain access to the brain tumor and not being
replaced, for the severe nerve damage on the left side of my face,
(dead nerves-electrical jolts/tic's), which are very painful when
they occur, for the displaced left nerve root in my lower back,
(Lumber spine - see: enclose copy of M.R.I. report), due to being
afflicted with a brain infection and having to have numerous spinal
taps performed and have a shunt surgically placed to gradually
remove the accumilating brain fluid, for my seizure disorder, severe
headaches, all of these syptoms/ailments were controlled by one
medication (Neurotin), to which Defendant Dr. Vadlamudi, "ABRUPTLY
DISCONTINUED" totally disregarding the specific warning of the
manufactor (see: enclosed copies) to avoid doing, weaning a patient
off of a medication in 3 days that he has been on for years with

## THIRD CAUSE OF ACTION - PAGE 2

positive results is clearly complete disregard for the patients well-
being, clearly unprofessional and deliberate indifference to plantiffs
serious medical ailments, which are all clearly documented, Defendant
Dr. Vadlamudi's treatment are clearly vindictive due to the formal
complaints filed at the facility level (grievances),and to Authorities
in Albany, namely Defendant CARL J. KOENIGSMANN, M.D. (Deputy Comm-
issioner/Chief Medical Officer).
Defendant Dr. Vadlamudi, has been a Dr. for many years, he clearly
knows the risk and potential harm in not prescribing alleving medication
for plaintiffs serious medical ailments and in abruptly discontinuing
a medication that is clearly labeled by the manufator of said medi-
cation to avoid, Defendant Dr. Vadlamudi's complete refusal to pres-
cribe medication to alleve plaintiffs serious medical ailments amounts
to a clear case of deliberate indifference, he clearly knows that I
am suffering severe pain, yet he refuses to do anything, allowing me
to suffer and wallow in pain is clearly a violation of my Constitutional
right Against Cruel and Unusual Punishment (U.S.C.A. amend. 8), I
have written numerous times to Dr. Vadlamudi's immediate supervisor,
Defendant CARL J. KOENIGSMANN, M.D. (Deputy Commissioner/Chief Medical
Officer), to no avail, nothing is done, no corrective action is taken
to cease said inhumane treatment and when they do chose to respond
all I hear is a boiler plate response no matter who replies, basically
stating the same substance the only difference is the signature on
the reply letters. I have also written to ANDREW CUOMO (NYS Governor),
also to no avail, no reply, no corrective action taken (see: copy-
of letter enclosed), I receive no help, my pleas for help go unanswered
disregarded further allowing the inhumane treatment  that they have
been put on notice of to continue, due to the inhumane treatment

## THIRD CAUSE OF ACTION - PAGE 3

I wrote to Ms. Maureen Boll (Deputy Commissioner and Counsel), also
to no avail (see: enclosed copie of letter), I have written to Mr.
Stephen M Ash (Regional Health Services Administrator), in reply to
his boiler plate reply to me, informing him of the occurances of the
dates that he mentioned in his letter, I then received no further
reply, nor was any corrective action taken on my plea for help in
aiding me to get relief from the severe pain that I am forced to
suffer and wallow in, thus causing the filing of this 1983 Civil Law
suit due to the callous indifferent behavior towards plaintiff's
serious medical ailments, plaintiff a pro se litigant, a **HUMAN BEING,**
who is serving a 15 to life sentence, who even though is a prisoner
is still protected by the Constitution of the United States of America
and thereby such violations of human rights protections should not
be allowed to occur even to lowly prisoners/felons, let alone to
truly sick incarcerated felons serving a sentence of imprisonment
that can essentially become a death sentence due to the inhumane
medical treatment, it is the duty of the State to provide its inmates
with all necessary medical care irregardless of cost, the State cannot
be allowed to skirt this duty, I practually have to beg for help and
yet nothing is done to help me or correct the inhumane treatment,
surely this cannot be condoned or allowed to continue.

8.   **PRAYER FOR RELIEF**

**WHEREFORE,** Plaintiff request that this Court grant the following relief:

Plaintiff request that he be administered a proper and effective medication to
alleve the severe pain and suffering of his serious medical ailments such as
the arthritis in his cervical spine, nerve damage to the left side of his face
which at times cause electrical type jolts/tics that are very painful when they
occurr, for the displaced left nerve root in his lumbar spine, seizure disorder
and severe headaches and anyother legitimate medical ailment that causes pain,
plaintiff also request that his hearing be evaluated by an independent Auiologist
and that he be informed as to the adverse effects that the abnormal ABR test
has on his over all hearing and that any and all hearing test be conducted to
fully evaluate the full extent of plaintiffs hearing loss and that said Audiologist
explain to plaintiff the results of said test, that plaintiff be re-instated
and re-classified HL 20 and be moved to a Sensorial Facility with full sensorial
disabled unit (SDU) access, plaintiff further request that the Defendants be
made to pay compensatory damages not to exceed $425.00, the total amount for the
filing of this Civil action and Administrative fee and for the fees of mailing
of the complaint to the Defendants via certified mail return receipt requested
to verify service and delivery of the complaint due to the callous and wanton
actions against plaintiff causing undue pain and suffering, plaintiff also
request that Dr. V treat plaintiff for all his medical ailments needs/ailments
in a humane manner, with dignity and due care as is his duty as a medical
doctor and Facility Health Services Director, Plaintiff lastly request to retain
the right to increase the amount of compensatory damages and add punitive
damages if plaintiff suffers any additional medical problems due to the Defendants
uncaring,  inhumane treatment of plaintiff and his serious life threatening
medical needs/ailments and anyother relief this Court deem just and proper.

**Plaintiff declares under the penalty of perjury that the foregoing is true and
correct to the best of his recollection and knowledge.**

DATED: June 17, 2016

*Jose Acosta* (signature)

JOSE ACOSTA 08A0290
Plaintiff - pro se